UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

J.K.H. NANAK, INC.,

              Plaintiff,

    v.

THE UNITED STATES OF AMERICA,

              Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**STIPULATION OF DISMISSAL**

Civil Action
No. 07-1349

(Sifton, J.)
(Mann, M.J.)

WHEREAS Plaintiff J.K.H. NANAK, INC. ("Plaintiff"), filed this action in the United States District Court for the Eastern District of New York, seeking to set aside a decision, dated March 6, 2007, of the Defendant UNITED STATES DEPARTMENT OF AGRICULTURE, FOOD & NUTRITION SERVICE ("USDA-FNS" or "Defendant") disqualifying Plaintiff from the Food Stamp Program for a period of six months; and

WHEREAS, the parties have agreed to a settlement of this matter, as set forth in a concomitantly filed Stipulation of Settlement;

IT IS HEREBY STIPULATED AND AGREED, by and between the plaintiff in the above-captioned action and the defendant, through their respective undersigned attorneys, that the claims for relief, as set forth in plaintiff's complaint, are hereby dismissed with prejudice, and without costs, expenses, disbursements or attorney's fees to either party as against the other;

Dated: Springfield Gardens, New York
_10|24_ , 2007

SEYMOUR BREITERMAN
127-08 Merrick Boulevard
Springfield Gardens, New York 11434
*Attorneys for Plaintiff*

By: _____
SEYMOUR BREITERMAN (SB <B )
(718) 977-3653

Dated: Brooklyn, New York
_10/18_ , 2007

ROSLYNN R. MAUSKOPF
United States Attorney
Eastern District of New York
One Pierrepont Plaza
Brooklyn, New York 11201
*Attorney for Defendants*

By: _____
KENNETH A. STAHL (KS 4227)
Assistant United States Attorney
(718) 254-6519/7000

SO ORDERED this ___ day of
_____, 2007

s/Hon. Charles P. Sifton
_____
HONORABLE CHARLES P. SIFTON
UNITED STATES DISTRICT JUDGE